UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

FILED
2007 JUL 18  PM 3: 58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C-07-1583-TEH     Troxell v. Kirkland
(PR)

C-07-3515-TEH     Troxell v. Horel et al
(PR)

I find that the above case is related to the case assigned to me. _TEH_

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 7/18/07

Judge Thelton E. Henderson

-1-

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY TROXELL,             Case Number: CV07-01583 TEH
       Plaintiff,                       CV07-03515 TEH

v.                                **CERTIFICATE OF SERVICE**

RICHARD KIRKLAND et al,

       Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell #B-76578
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: July 18, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk