IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY TROXELL, | ) | |
| Petitioner, | ) | No. C 07-3515 TEH (PR) |
| vs. | ) | **ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK** |
| ROBERT HOREL, Warden, | ) | |
| Respondent. | ) | |

On July 5, 2007, Petitioner, a state prisoner incarcerated at Pelican Bay State Prison in Crescent City, California, filed the instant pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging actions of the California Board of Prison Terms' ("BPT"). Petitioner has paid the filing fee.

However, at the time of filing this petition, Petitioner already had pending before this Court another petition raising several of the same claims that he raises in this petition. It is unclear whether Petitioner was attempting to file an amended petition on his previously filed case, Case No. C 07-1583 TEH (PR), or whether it was his intention to commence a new action. Regardless of Petitioner's intent, because the petition raises claims in common, it is in the interest of judicial economy that these claims be raised and considered together. Therefore, the instant petition will be dismissed as unnecessary and Petitioner will be given an opportunity to file an amended petition on Case No. C 07-1583 TEH (PR) within thirty days from the date of this order. The Court notes that

1  Petitioner must include all the claims he intends to pursue in the amended petition
2  and is reminded that an amended complaint filed as a matter of course or after
3  leave of court supersedes the original complaint.  "[A] plaintiff waives all causes
4  of action alleged in the original complaint which are not alleged in the amended
5  complaint."  London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).
6       The Clerk shall send Petitioner a copy of this court's form habeas petition,
7  enter judgment and close the file.
8  SO ORDERED.
9  DATED:   12/03/07

    THELTON E. HENDERSON
10  United States District Judge

28                                    2